UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                       Case No.  08-cr-106-01-SM

<u>Nicole Wells</u>,
    Defendant

<u>O R D E R</u>

Defendant Wells' motion to continue the trial is granted (document no. 9). Trial has been rescheduled for the March 2009 trial period. Defendant Wells shall file a waiver of speedy trial rights not later than November 3, 2008. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for March 6, 2009 at 11:30 a.m.

Jury selection will take place on March 17, 2009 at 9:30 a.m.

SO ORDERED.

                                                                   _____
                                                                   Steven J. McAuliffe
                                                                           Chief Judge

October 21, 2008

cc:   Jessica Brown, Esq.
       Terry Ollila, AUSA
       U.S. Marshal
       U.S. Probation