```
                    UNITED STATES DISTRICT COURT FOR THE
                         DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff

        v.                              Case No.  08-cr-106-01-SM

Nicole Wells,
    Defendant

                                O R D E R

   Defendant Wells' motion to continue the trial is granted, in part (document no. 12).  Trial will be continued for approximately 60 days; the clerk will reschedule the trial as the docket allows.  Defendant Wells has filed a waiver of speedy trial.

   The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

   SO ORDERED.

                                        _____
                                        Steven J. McAuliffe
                                        Chief Judge

March 10, 2009

cc:  Jessica Brown, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation